United States District Court
Southern District of Texas
**ENTERED**
April 12, 2016
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| RENE  RIOS JR., *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-399 |
| | § | |
| ASI LLOYDS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

The Court now considers the "Agreed Motion for Dismissal,"[1] filed by Rene Rios, Jr. and Emma Rios ("Plaintiffs") and ASI Lloyds; Vericlaim, Inc.; and Larry Williams ("Defendants") announcing to the Court that "all matters in controversy between them have been fully and finally resolved."[2] The motion also states that Plaintiffs no longer desire to prosecute this case against Defendants. The parties move the Court to dismiss this case with prejudice, as to all Defendants. Under Federal Rule of Civil Procedure 41(a)(2), a plaintiff may request a dismissal of an action through court order. In turn, the Court **DISMISSES WITH PREJUDICE** this action as requested by the parties. It is further **ORDERED** that costs are taxed against the party incurring same. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 11th day of April, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.
[2] *Id.*